567 A.2d 1040

**Joseph P. MOORE, III, Appellant,**

v.

**Lawrence REID, Francis Dillman and Counselor Zelles.**

**Joseph P. MOORE, III, Appellant,**

v.

**Julius T. CUYLER.**

Supreme Court of Pennsylvania.

Argued Dec. 11, 1989.

Decided Jan. 5, 1990.

Stephen M. Feldman, Philadelphia, for appellant.

Ernest Preate, Atty. Gen., Gregory R. Neuhauser, Deputy Atty. Gen., John G. Knorr, Harrisburg, for appellee.

Prior report: 114 Pa.Cmwlth. 56, 538 A.2d 111.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

LARSEN and McDERMOTT, JJ., dissent.